UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARK A. SCHULTZ,

Plaintiff,

v.

Case No. 26-CV-1380

TRISH TRILLING et al.,

Defendants.

---

**ORDER**

---

Plaintiff Mark A. Schultz is currently incarcerated at Green Bay Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. On September 8, 2026, the Court denied Plaintiff's motion for leave to proceed without prepayment of the filing fee because Plaintiff has acquired three strikes under 28 U.S.C. § 1915(g) and the allegations in his complaint do not give rise to a reasonable inference that he is in imminent danger of serious physical injury. (ECF No. 7.) This matter comes before the Court on Plaintiff's motion for reconsideration.

Plaintiff's motion for reconsideration comes under Rule 54(b) of the Federal Rules of Civil Procedure. In the context of multi-claim or multi-party litigation, the rule provides that any order "may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." Fed. R. Civ. P. 54(b); *see Moses H. Cone Mem. Hosp. v. Mercury Const. Corp.*, 460 U.S. 1, 12 (1983) (holding that "every order short of a final decree is subject to reopening at the discretion of the district judge").

Plaintiff asserts that in determining whether he has acquired three strikes under § 1915(g), the Court should not consider the three cases in which he has been assessed strikes because those

cases are currently on appeal. Yet, "[a] prior dismissal on a statutorily enumerated ground counts as a strike even if the dismissal is the subject of an appeal." *Coleman v. Tollefson*, 575 U.S. 532, 537 (2015). Although Plaintiff disagrees with the Court's conclusion, the Court has reviewed its decision and Plaintiff's motion and concludes that there is no basis to alter the September 8, 2026, order. Accordingly, Plaintiff's motion for reconsideration (ECF No. 8) is **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin on September 29, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge